IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**LAWRENCE MARBY,**

    **Petitioner,**

**v.**                                              **Civil No. 1:07cv171**
                                                         **(Judge Keeley)**

**WAYNE A. PHILLIPS, Warden,**

    **Respondent.**

### ORDER GRANTING IN FORMA PAUPERIS BUT REQUIRING PETITIONER TO PAY THE $5.00 FILING FEE

On December 13, 2007, the *pro se* petitioner initiated this case by filing a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On January 4, 2008, the petitioner filed a Motion for Leave to Proceed *in forma pauperis* and a certified copy of his prisoner trust account report with ledger sheets.

All litigants are required to pay the costs and fees associated with civil lawsuits unless their financial condition warrants a grant of *in forma pauperis* status pursuant to 28 U.S.C. § 1915. On December 18, 2007, the date the petitioner signed his petition, he had $51.85 in his prisoner trust account. Furthermore, his previous six months deposits total $983.30, for an average of $163.88 per month. In addition, his average daily balance for the previous six months was $38.15, while his average balance for the previous thirty days was $60.74, with a maximum balance during that period of $132.00.

Accordingly, the petitioner is GRANTED *in forma pauperis* status. However, because petitioner's trust account history reflects that he has income sufficient to pay the required filing fee,

petitioner will be required to pay the $5.00 filing fee within **twenty (20) days** from the date of this Order. **Failure to pay the $5.00 fee within the required time period will result in a recommendation that his case be dismissed**.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last know address as reflected on the docket sheet.

Dated: January 7, 2008.

    /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE